07/20/2023                                                                 Judge Teresa H Pearson

10:30 23-03041-thp          Hough v. United States Department of Education et al
     20-30536-thp13

                            Ann Teresa Hough -pla                          REX K DAINES

                            United States Department of                    JESSIE BARRINGTON
                            Education -dft

**Matter: Pretrial Conference**

Summary of Proceedings

Parties confirmed this matter was moot, as plaintiff had already received a discharge of her federal student loans due to disability. Mr. Daines made an unopposed oral motion to dismiss and confirmed the dismissal was to both defendants.

Order to be prepared by:          _____ Clerk's Office          _____ Chambers          Other:

Scheduling order:

_____ PSCDO (issued by CRD)          _____ ESCDO (issued by CRD)          _____ chambers/party-prepared (issued by CA)

Notice of Proposed Dismissal: # of days _____

_____ Settlement reported
_____ Failure to answer
_____ Failure to prosecute
_____ Party to submit proposed judgment
_____ Failure to submit pretrial order

Order re: Application of FRCP 26.
_____ OFRCP1 Planning conference due by _____          Report due by _____
_____ OFRCP2 Planning conference due by _____          No Report
_____ OFRCP3 Discovery can proceed
_____ OFRCP4 No planning conference/disclosures by _____
_____ OFRCP5 Discovery limited to _____

Minute Order:

Based on the stipulation of the parties, it is hereby ORDERED that this case shall be dismissed and closed.

                                                                            *Teresa H. Pearson*
                                                                            Teresa H. Pearson
                                                                            U.S. Bankruptcy Judge